**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert Koch Eby III            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-10999 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                Respectfully submitted,

                                                /s/ *Michael Farrington*
                                                Michael Farrington
                                                09 Apr 2024, 11:35:33, EDT

                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322

Document ID: fcb85c78fd56a43720370cc6e911d31ac47a05b48a84e319a7a2b3c4c3db4eaf