**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **ROBERT K. EBY, III** | : | **NO. 24-10999** |
| | : | |
| **(DEBTORS)** | : | |

### CERTIFICATE OF SERVICE

    Thomas W. Fleckenstein, the attorney for the Debtors, hereby certifies that on the 22nd day of April, 2024, he served a copy of the Praecipe to Withdraw and/or Dismiss Chapter 13Bankruptcy on all creditors and parties in interest by first class mail, postage paid and/or electronically.


                                            _/s/Thomas W. Fleckenstein_____
                                              Thomas W. Fleckenstein
                                              Attorney for Debtor