IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT K. EBY, III | : | NO.  24-10999 |
| | : | |
| (DEBTORS) | : | |

### ORDER

AND NOW, this 26th day of April, 2024, upon consideration of the Debtor's Praecipe to Voluntarily Dimiss his Chapter 13 case in accordance with 11 U.S.C. § 1307(b),

AND it appearing that the case has not been previously converted,

It is hereby ORDERED that the Chapter 13 Case is DISMISSED.

*Patricia M. Mayer*
_____
Patricia M. Mayer
BANKRUPTCY JUDGE