United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 24-10999-pmm
Robert Koch Eby, III
    Debtor
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Apr 26, 2024     Form ID: pdf900     Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Koch Eby, III, 10 Woodcrest Drive, Conestoga, PA 17516-9706 |
| 14867819 | + | Fin. Systems of Richmond, PO Box 786, Richmond, IN 47375-0786 |
| 14872716 | + | Pennymac Loan Services, LLC, KML Law Group. P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14867826 | + | Weaver Turf Power, PO Box 513, Willow Street, PA 17584-0513 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 26 2024 23:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 26 2024 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 23:53:00 | Commonwealth of Pennsylvania Department of Revenue, Dept. 280946, Harrisburg, PA 17128-0001 |
| 14867820 | ^ | MEBN | Apr 26 2024 23:46:53 | Greensky, Dept. #3025, PO Box 2153, Birmingham, AL 35287-3025 |
| 14867821 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2024 23:52:00 | IRS, 600 Arch Street, Philadelphia, PA 19106 |
| 14867822 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2024 23:53:00 | Midland Credit Management, 2365 Northside Dr., Ste. 300, San Diego, CA 92108-2710 |
| 14867823 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 23:53:00 | PA Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 14867825 | ^ | MEBN | Apr 26 2024 23:46:56 | PPL, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14870489 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14867824 | + | Email/PDF: ebnotices@pnmac.com | Apr 27 2024 00:33:44 | Pennymac, PO Box 30597, Los Angeles, CA 90030-0597 |
| 14867818 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 26 2024 23:53:00 | Elan, PO Box 790408, Saint Louis, MO 63179-0408 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 15

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS W. FLECKENSTEIN | on behalf of Debtor Robert Koch Eby III Tom@TomFleckenstein.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    ROBERT K. EBY, III | : | NO.  24-10999 |
| | : | |
|    (DEBTORS) | : | |

**ORDER**

   AND NOW, this 26th day of April, 2024, upon consideration of the Debtor's Praecipe to Voluntarily Dimiss his Chapter 13 case in accordance with 11 U.S.C. § 1307(b),

   AND it appearing that the case has not been previously converted,

   It is hereby ORDERED that the Chapter 13 Case is DISMISSED.

_Patricia M. Mayer_
Patricia M. Mayer
BANKRUPTCY JUDGE